| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
December 13, 2017
David J. Bradley, Clerk

WILLIE DAVIS, §
    *Petitioner*, §
  §
v. §
  §    CIVIL ACTION NO. 4:16-CV-01166
  §
LORIE DAVIS, §
Director, Texas Department of Criminal §
Justice, Correctional Institutions Division, §
    *Respondent*. §

## Order of Adoption

On September 20, 2017, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (19) to which petitioner objected (22). After considering the record and the law, the court overrules the objections and adopts the memorandum and recommendation as its memorandum and opinion. The petition for writ of habeas corpus is dismissed with prejudice. The court will issue a separate final judgment.

Signed *December 12*, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge